THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Case No. 4:24-cv-00274

AUGUST IMAGE, LLC,

    Plaintiff,

v.

FORWARD TIMES PUBLISHING CO.,

    Defendant.

## MOTION FOR CLERK'S DEFAULT

Plaintiff August Image, LLC ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 55, hereby moves for entry of a default by the Clerk against defendant Forward Times Publishing Co. ("Defendant"), and in support thereof states as follows:

1.    On January 24, 2024, Plaintiff filed its Complaint in this action.

2.    On April 11, 2024, Plaintiff filed a Due Diligence Affidavit regarding non-service on Defendant. See D.E. 7.

3.    On April 18, 2024, Plaintiff filed its Motion for Alternative Service and Extension of Time to Serve Defendant. See D.E. 8.

4.    On May 2, 2024, this Court entered an Order Granting Plaintiff's Motion for Alternative Service and Extension of Time to Serve Defendant, extending the time to serve Defendant to June 22, 2024. See D.E. 10.

5.    On May 6, 2024, a summons was issued to Defendant, c/o Secretary of State. See D.E. 12.

6.    On June 13, 2024, Plaintiff filed its Second Motion for Extension of Time to Serve

Defendant. See D.E. 14.

7. On June 17, 2024, this Court entered an Order Granting Plaintiff's Second Motion for Extension of Time to Serve Defendant, extending the time to serve Defendant to July 8, 2024. See D.E. 15.

8. On July 1, 2024, Plaintiff filed its Third Motion for Extension of Time to Serve Defendant. See D.E. 18.

9. On July 10, 2024, this Court entered an Order Granting Plaintiff's Third Motion for Extension of Time to Serve Defendant, extending the time to serve Defendant to August 26, 2024. See D.E. 19.

10. On August 20, 2024, Defendant was served with a copy of the Summons and Complaint in this action c/o Secretary of State.  See D.E. 20.

11. On September 16, 2024, Plaintiff filed a Certificate of Service, certifying Defendant was served on August 20, 2024, via US Mail and Email, with a copy of the summons, Complaint, and Secretary of State Service Acceptance Letter. See D.E. 21.

12. Defendant's response/answer to the Complaint was due on September 10, 2024.

13. As the docket in this action reveals, Defendant failed to file any Answer or otherwise respond to the Complaint as required by the Court.

14. Attached to this Motion as Exhibit "A" is a proposed default for entry by the Clerk.

**WHEREFORE,** Plaintiff respectfully requests that the Clerk enter a default against Defendant and for such other and further relief as the Court deems proper under the circumstances.

Dated: September 16, 2024.    COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza_____
      Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.