**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| August Image, LLC | § § | |
| *versus* | § § | Case Number: 4:24−cv−00274 |
| Forward Times Publishing Co. | § | |

## Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Initial Conference

    Date and Time: 10/2/2024 at 9:00 AM

Date: September 30, 2024

                                                                            Nathan Ochsner, Clerk